IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARK STAAKE,

    Plaintiff,

v.                                                                       Civ. No. 24-1246-KG-KK

STATE OF NEW MEXICO, *et al*,

    Defendants.

## ORDER DENYING IN FORMA PAUPERIS MOTIONS

This matter is before the Court on Plaintiff's Motions to Proceed *In Forma Pauperis* (Docs. 2, 3) (Motions). He seeks to prosecute his Prisoner Civil Rights Complaint without prepaying the $405 filing fee. The Court may only grant such relief where an inmate's "affidavit [and] … statement of … assets [demonstrates] that the [inmate] is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Plaintiff's financial statement reflects a balance of $425.78 in his inmate spending account. (Doc. 15) at 5. The Court must therefore deny the Motions. If Plaintiff wishes to prosecute this action, he must pay the $405 filing fee within thirty (30) days of entry of this Order. The failure to timely comply may result in the dismissal of this action without further notice.

IT IS ORDERED:

1. Plaintiff's Motions to Proceed *In Forma Pauperis* (Docs. 2, 3) are denied.

2. Plaintiff shall prepay the $405 filing fee within thirty (30) days of entry of this Order.

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.